# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00458-CV

**LaKeisha L. Celestine, Appellant**

**v.**

**Timothy J. Hampton, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 425TH JUDICIAL DISTRICT
### NO. 09-2932-F425, HONORABLE MARK J. SILVERSTONE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

LaKeisha L. Celestine appeals from a modification order in a suit affecting the parent-child relationship. After Celestine failed to timely file her appellant's brief, the clerk of this Court wrote her advising that her brief was overdue and that if she did not file her brief or otherwise respond by March 3, 2013, her appeal would be subject to dismissal for want of prosecution. The March 3 deadline has passed, and Celestine has made no response. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); 42.3(b).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed for Want of Prosecution

Filed: April 17, 2013